UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re KEVIN D. BRYANT,<br><br>            Plaintiff.<br>_____/ | No. C 11-3048 PJH (PR)<br><br>**ORDER OF DISMISSAL** |

    This case was opened when plaintiff wrote a letter to the court regarding medical care. In an effort to protect his rights, it was filed as a new case. Plaintiff was informed that he had not filed a complaint and was given thirty days to do so. He also was sent a notice that he had not paid the filing fee or applied for leave to proceed in forma pauperis ("IFP"); again, he was allowed thirty days to either pay the fee or file the application. A copy of the court's form for applications to proceed IFP was provided with the notice, along with a return envelope.

    No response has been received. This case is therefore **DISMISSED** without prejudice. No fee is due. The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: August 5, 2011.

                                                PHYLLIS J. HAMILTON<br>
                                                United States District Judge

G:\PRO-SE\PJH\CR.11\BRYANT3048.DSM.wpd